| | | |
|---|---|---|
| MARC BRODY | Plaintiff | |
| vs. | | |
| MATTHEW SALVATO, et al | Defendant | |

Superior Court of NEW JERSEY
Law Division
UNION County
Docket Number: UNN-L-1267-16

**Person to be served** (Name & Address):
STEPHEN SILENZIO
119 ACORN LANE
VOORHEES, NJ 08043

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Attorney:**
PERROTTA FRASER & FORRESTER
16 Valley Rd.
Clark, NJ 07066

**Papers Served:** SUMMONS AND COMPLAINT, TAN, CIS
**Service Data:**

Served Successfully __X__   Not Served _____   Date: _5/7/2016_   Time: _9:25 am_   Attempts: _____

_____ Delivered a copy to him / her personally

___X___ Left a copy with a competent household member over 14 years of age residing therein

_____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

JAMEE L. SILENZIO

WIFE

**Description of Person Accepting Service:**

Sex: _F_   Age: _35_   Height: _5-8_   Weight: _150_   Skin Color: _White_   Hair Color: _Blonde_

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                     _____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the 9th day of May, 2016 by the affiant who is personally known to me:

_____
NOTARY PUBLIC

I, Brian Ross, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  5/9/16
Signature of Process Server     Date

CHRISTOPHER J. MULLEN
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires September 3, 2019

LAWYERS EDGE PROCESS SERVICE,LLC
58-60 Main St
Suite 1-C
Hackensack, NJ 07601
(201) 489-8080
Our Job Serial Number: 2016003183
Ref: 56806

| | | |
|---|---|---|
| Marc Brody | Plaintiff | |
| vs. | | |
| Matthew Salvato, Stephen Silenzio, Next Level Web Strategies, LLC, and Professional Court Reporting and Video, LLC | Defendant | |

Superior Court of New Jersey
Law Division
Union County
Docket Number: UNN-L-1267-16

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Person to be served** (Name & Address):
Next Level Web Strategies, LLC
136 Main St
Princeton, NJ

**Attorney:**
Donald Fraser Jr.
Perrotta Fraser & Forrester LLC
16 Valley Road
Clark, NJ 07066

**Papers Served:** Summons, Complaint, Track Assignment Notice and Directory of Clerk's Offices
**Service Data:**

Served Successfully __X__   Not Served _____   Date: 5/9/2016   Time: 2:05 pm   Attempts: _____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Matt Salvato

Owner

**Description of Person Accepting Service:**

Sex: M   Age: 52   Height: 5'9   Weight: 175   Skin Color: White   Hair Color: Black

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
_____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the 12
day of _____MAY_____, 2016 by the affiant
who is personally known to me.

_____
ROBERT H. STALB   ID 2297932
NOTARY PUBLIC of New Jersey
Commission Expires 03/14/2018

I, Ted Cordasco, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server                    Date

Lawyers Edge Process Service LLC
58 Main Street
Hackensack, NJ 07601
(201) 489-8080
Our Job Serial Number: LRP-2016056807

Marc Brody                          Plaintiff          Superior Court of New Jersey
                                                        Law Division
                    vs.                                 Union County
Matthew Salvato, Stephen Silenzio,   Defendant          Docket Number: UNN-L-1267-16
Next Level Web Strategies, LLC,
and Professional Court Reporting
and Video, LLC
                                                        **AFFIDAVIT OF SERVICE**

**Person to be served** (Name & Address):
Matthew Salvato                                         (For Use by Private Service)
518 Corey Pl
Westfield, NJ

**Attorney:**
Donald Fraser Jr.
Perrotta Fraser & Forrester LLC
16 Valley Road
Clark, NJ 07066

**Papers Served:** Summons, Complaint, Track Assignment Notice and Directory of Clerk's Offices
**Service Data:**

Served Successfully __X__   Not Served _____   Date: _5/9/2016_   Time: _2:40 pm_   Attempts: _____

_____  Delivered a copy to him / her personally          Name of Person Served and relationship / title:

_____  Left a copy with a competent household           Kim Ayeres
          member over 14 years of age residing    _____
          therein                                           Authorized
                                                    _____
__X__    Left a copy with a person authorized to
          accept service, e.g. managing agent,
          registered agent, etc.

**Description of Person Accepting Service:**

Sex: _F_   Age: _46_   Height: _5'7_   Weight: _135_   Skin Color: _White_   Hair Color: _Brown_

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the __11__
day of _May , 2016_ by the affiant
who is personally known to me.

_____
ROBERT H. STALB   ID 2297932
NOTARY PUBLIC of New Jersey
Commission Expires 03/14/2018

I, Manuel F Fontes, was at the time of service a
competent adult not having a direct interest in the
litigation. I declare under penalty of perjury that the
foregoing is true and correct.

_____
Signature of Process Server                    Date

Lawyers Edge Process Service LLC
58 Main Street
Hackensack, NJ 07601
(201) 489-8080
Our Job Serial Number: LRP-2016056805

| Marc Brody | Plaintiff |
|---|---|
| vs. | |
| Matthew Salvato, Stephen Silenzio, Next Level Web Strategies, LLC, and Professional Court Reporting and Video, LLC | Defendant |

Superior Court of New Jersey
Law Division
Union County
Docket Number: UNN-L-1267-16

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Person to be served** (Name & Address):
Professional Court Reporting and
Video, LLC
940 South Avenue
Westfield, NJ

**Attorney:**
Donald Fraser Jr.
Perrotta Fraser & Forrester LLC
16 Valley Road
Clark, NJ 07066

**Papers Served:** Summons, Complaint, Track Assignment Notice and Directory of Clerk's Offices

**Service Data:**

Served Successfully __X__   Not Served _____   Date: _5/9/2016_   Time: _2:40 pm_   Attempts: _____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Kim Ayeres

Authorized

**Description of Person Accepting Service:**

Sex: _F_   Age: _46_   Height: _5'7_   Weight: _135_   Skin Color: _White_   Hair Color: _Brown_

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
_____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the _11_ day of _MAY_, _2016_ by the affiant who is personally known to me.

ROBERT H. STALB   ID 2297932
NOTARY PUBLIC of New Jersey
Commission Expires 03/14/2018

I, Manuel F Fontes, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server                          Date

Lawyers Edge Process Service LLC
58 Main Street
Hackensack, NJ 07601
(201) 489-8080
Our Job Serial Number: LRP-2016056808